IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
22ND JUDICIAL CIRCUIT
STATE OF MISSOURI

| | |
|---|---|
| CAROL O'BRIEN, | ) |
|     Plaintiff, | ) Cause No: |
| vs. | ) |
| US 1 LOGISTICS LLC, | ) |
| An Indiana LLC. Registered and doing | ) |
| Business in the state of Illinois | ) Division No: |
| Serve: Registered Agent | ) |
|     CT Corporation System | ) |
|     208 So. LaSalle St., Suite 814 | ) |
|     Chicago IL 60604 | ) |
| And | ) |
| Serve: Registered Agency | ) |
|     CT Corporation System | ) |
|     150 W Market St. STE 800 | ) |
|     Indianapolis, IN 46204 | ) |
| And | ) |
| US 1 INDUSTRIES INC., | ) |
| An Indiana corp. doing business | ) |
| In the state of Illinois | ) |
| Serve: Any Agent | ) |
|     938 N. 59th Street, | ) |
|     East St. Louis IL 62203 | ) |
| And | ) |
| Serve: Registered Agent | ) |
|     CT Corporation System | ) |
|     150 W Market St. STE 800 | ) |
|     Indianapolis, IN 46204 | ) |
| And | ) |
| SHANNON MOISE, | ) |
| Serve at:     4116 Esseldale | ) |
|     St. Ann MO 63074 | ) |
| | ) |
|     Defendants. | ) |

Exhibit A

*O'Brien vs. US 1 Logistics et al.*     Page **1** of **8**
**Petition for Personal Injuries**

## PETITION FOR PERSONAL INJURIES

COMES NOW Plaintiff, Carol O'Brien, by and through counsel, and for her Petition for Personal Injuries, states to the Court as follows:

### Parties

1. At all times mentioned herein, Plaintiff Carol O'Brien is an individual residing in the City of Highland, State of Illinois.

2. At all times stated herein, US 1 Logistics LLC is an active Indiana LLC, and is a wholly owned subsidiary of US 1 Industries Inc., and is the owner or lessor of a 2005 Freightliner Corp tractor trailer truck bearing Indiana license plate 2054537 as of 10/21/13. Defendant US 1 Logistics LLC is also a registered foreign entity with the State of Illinois and has offices located at 938 North 59th, East St. Louis Illinois.

3. At all times mentioned herein, Defendant US 1 Industries Inc. is an Indiana Corporation in good standing, that owns/operates/manages or has an interest in US 1 Logistics LLC, and owns, leases or operates the 2005 Freightliner Corp tractor trailer truck bearing Indiana license plate number 2054537 as of 10/21/13.

4. At all times mentioned herein, Defendant Shannon Moise is an individual residing in St. Louis County, State of Missouri, and was an owner, lessor, operator/driver of a 2005 Freightliner Corp tractor trailer truck bearing Indiana license plate number 2054537 on 10/21/13.

### Venue and Jurisdiction

5. Venue is proper in this court pursuant to section 508.010(4) as the accident causing Plaintiff's injuries occurred in the City of St. Louis.

6. Pursuant to section 506.500, this court has personal jurisdiction over US 1 Logistics LLC, US 1 Industries Inc. and Shannon Moise because they committed tortious acts and transacted business in the state of Missouri. Further, section 506.210 allows jurisdiction over any non-resident person owning or operating a vehicle on the public roadways of the state of Missouri, whether operated personally or by agent.

### Common Allegations

7. On or about 10/21/13, Interstate 64 near Vandeventer Avenue was a public highway located in the City of St. Louis, and was under construction with substantially reduced lane widths and altered pathway/flow.

8. On or about 10/21/13, Plaintiff was operating her 2007 Mercury Milan eastbound on Interstate 64 at or near the intersection of Vandeventer Avenue, and while traveling in the outer lane, she was struck by defendant Moise who was operating the 2005 Freightliner Corp tractor trailer truck bearing Indiana plate number 2054537.

9. That on or about 10/21/13, Defendant Moise was operating the 2005 Freightliner Corp tractor trailer truck bearing Indiana plate number 2054537 eastbound on Interstate 64 near Vandeventer Avenue, and was traveling in the middle lane when she veered into the third outer lane, striking Plaintiff's vehicle.

10. As a direct and proximate result of said accident, Plaintiff suffered severe injuries.

### COUNT I: Personal Injury Claim against Defendant Moise

11. Plaintiff incorporates paragraphs 1 thru 10 of this petition as fully set forth herein.

12. Defendant Moise had a duty to exercise the highest degree of care in the operation of the truck on Missouri public roadways, and had a duty to operate the truck in a careful, prudent, and lawful manner so as not to injure or harm Plaintiff.

13. Defendant Moise failed to exercise that highest degree of care and was careless and negligent in the operation of the tractor trailer truck in one or more of the following respects:

    a. Defendant exceeded the speed limit;

    b. Defendant was traveling too fast for the altered construction conditions of I-64 at that time;

    c. Defendant failed to maintain a single lane;

    d. Defendant failed to warn, honk, swerve or take other evasive action to prevent her impact into Plaintiff's vehicle;

    e. Defendant failed to keep a careful lookout.

14. As a direct and proximate result of Defendant's careless and negligent operation of the truck, Plaintiff suffered the following injuries and damages:

    a. Injuries, pain and suffering to her left shoulder, neck, head and back;

    b. Past, present and future medical treatment;

    c. Property damage to her vehicle;

    d. Lost wages.

WHEREFORE, Plaintiff requests judgment be entered against Defendant Moise for damages in excess of $25,000.00, and for any further relief deemed just and proper

**COUNT II:  Negligence as to Defendants US 1 Logistics LLC and US 1 Industries Inc.**

15. Plaintiff incorporates paragraphs 1 thru 14 of this petition as though fully set forth herein.

16. At all times mentioned herein, defendant Moise was in the employ of defendant US 1 Logistics LLC and/or US 1 Industries Inc., and acting on their behalf and in their interest.

17. At all times mentioned herein, US 1 Industries, Inc. and US 1 Logistics LLC had a duty to Plaintiff to act in a reasonable manner, and were liable for the operation and control of the aforementioned tractor trailer truck.

18. That the aforementioned tractor trailer truck in question bears the insignia of US 1 Industries, Inc. and/or US 1 Logistics LLC as of 10/21/13.

19. That said Defendants breached that duty of care, and as a direct and proximate cause of their negligence, Plaintiff was injured and has pain and suffering, and medical expenses for past, present and future.

WHEREFORE, Plaintiff requests judgment be entered against Defendants US 1 Logistics LLC and US 1 Industries Inc., jointly and severally, for damages in excess of $25,000.00, and for any further relief deemed just and proper.

## COUNT III:  Negligent Entrustment as to Defendants US 1 Logistics LLC and US 1 Industries Inc.

20. Plaintiff incorporates paragraphs 1 thru 19 of this petition as though fully set forth herein.

21. The injuries and damages suffered by Plaintiff were incurred as a result of the negligent operation of the truck by Defendant Moise, due to inexperience, prior conduct or inability to navigate the construction area, which said Defendants knew or should have known, was likely to involve an unreasonable risk of harm to others while operating the truck.

22. That Defendant Moise was in the employ, under contract and acting in the interest of Defendants at the time of accident.

23. That Defendants had the duty and power to prohibit Defendant Moise's operation of the truck through that construction zone, but failed to do so.

24. As a direct and proximate result of Defendants' negligently entrusting Defendant Moise with the operation of the truck, Plaintiff suffered injuries and damages, pain and suffering and past, present and future medical expenses.

WHEREFORE, Plaintiff requests judgment be entered against Defendants US 1 Logistics LLC and US 1 Industries Inc, jointly and severally, for damages in excess of $25,000.00, and for any further relief deemed just and proper.

### COUNT IV: Negligent hiring and Retention as Defendants US 1 Logistics LLC and US 1 Industries Inc.

25. Plaintiff incorporates paragraphs 1 thru 24 of this petition as though fully set forth herein.

26. Defendants had a duty to use reasonable care to select an employee who was fit and competent to perform the duties required as an employee; they owed that duty to Plaintiff, and they breached that duty.

27. Defendants knew or should have known that Defendant Moise would likely operated the truck in a reckless or negligent manner.

28. Defendants knew or should have known that defendant Moise was not competent or fit for the duties required, and Defendants breached their duty of reasonable care to select and retain a competent employee for the position.

29. As a direct and proximate result of that breach, Plaint suffered injuries and damages, pain and suffering, and past, present and future medical expenses.

WHEREFORE, Plaintiff requests judgment be entered against Defendants US 1 Logistics LLC and US 1 Industries Inc, jointly and severally, for damages in excess of $25,000.00 and for any further relief deemed just and proper.

**COUNT V: Agency as to Defendants US 1 Logistics LLC and US 1 Industries Inc.**

30. Plaintiff incorporates paragraphs 1 thru 29 as though fully set forth herein.

31. The acts and omissions of Defendant Moise described herein were committed while acting as the agent, servant, and/or employee of Defendants.

32. Said acts and omissions were committed within the scope of Defendant Moise's agency and while furthering the business interests of Defendants.

33. As the principals of Defendant Moise, defendants are responsible for all acts committed by Defendant Moise within the scope of that agency, including this truck accident which is the direct and proximate cause of Plaintiff's injuries and damages fully set forth herein.

WHEREFORE, Plaintiff requests judgment be entered against Defendants US 1 Logistics LLC and US 1 Industries Inc, jointly and severally, for damages in excess of $25,000.00 and for any further relief deemed just and proper

Respectfully submitted,

MARTIN, MALEC & LEOPOLD P.C.

*/s/John Malec*_____
John Malec - #31683
1007 Olive – 5th Floor
St. Louis MO 63101
(314) 231-3323
(314) 231-6739 fax
Jmalec@mmllawyers.com
*Attorneys for Plaintiff*

## CERTIFICATE OF MAILING/ECF FILING

      The undersigned certifies that pursuant to Rule 55.03 (a), the signed original of this document is maintained in the file, and that the foregoing was filed on the 19th day of October, 2018, electronically with the Clerk of the Court.

      */s/John Malec*

*O'Brien vs. US 1 Logistics et al.*　　　　　　　　　　　　　　　　　　　　　　Page **8** of **8**

**Petition for Personal Injuries**